Decided September 12, 2002

## BENITA BRYAN ET AL. *v.* COMMISSIONER OF PUBLIC HEALTH ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 70 Conn. App. 906 (AC 21646), is denied.

*Benita Bryan,* pro se, in support of the petition.

*Robert F. Kappes*, in opposition.

Decided September 12, 2002